**G. Dennis Halkides, CSB 045286**

LAW OFFICES OF
**HALKIDES, MORGAN & KELLEY**
833 MISTLETOE LANE
POST OFFICE DRAWER 492170
REDDING, CALIFORNIA 96049-2170

(530) 221-8150
(530) 221-7963 Fax
John@reddinglaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GRETCHEN STITES-CUNNINGHAM, Individually and as Guardian Ad Litem for ASHLEY STITES, a minor,

Plaintiff,

v.

AQUA LEISURE INDUSTRIES, INC., WAL-MART STORES, INC., THE UNITED STATES OF AMERICA and DOES 1 through 50,

Defendants.
_____/

AQUA LEISURE INDUSTRIES, INC., WAL-MART STORES, INC.,

Cross-Complainants,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF AGRICULTURE, and ROES I-X, inclusive,

Cross-Defendants
_____/

No. 2:09-CV-00590-DAD

STIPULATION TO AMEND COMPLAINT PURSUANT TO FRCP 15(a)(2); PROPOSED ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

///

## I. **STATEMENT BY PLAINTIFFS**

Plaintiffs GRETCHEN STITES-CUNNINGHAM, individually and as Guardian ad Litem for ASHLEY STITES, filed a State law form complaint in the Superior Court of the State of California, in and for the County of Shasta, alleging causes of action for general negligence and products liability against Defendants Aqua Leisure, Industries, Inc., and Wal-Mart Stores, Inc., after Plaintiff sustained serious personal injuries while riding down a snow covered hill at a popular recreation area on a snow tube manufactured by Defendant Aqua Leisure and sold by Defendant Wal-Mart Stores. Defendants subsequently sued the United States of America as a Third Party Defendant and the case was removed to Federal Court.

Plaintiffs contend that they previously filed a Federal Tort Claim against the United States Department of Agriculture premised upon the maintenance of a dangerous and concealed condition upon their property, which condition allegedly caused or substantially contributed to Plaintiff's injuries. Plaintiffs claim that the requisite period of time has passed and their Federal Tort Claim is now deemed rejected by the United States, thereby permitting Plaintiffs to proceed with their suit against the United States.

Plaintiffs have requested, pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), that the parties permit Plaintiffs to file the [Proposed] Amended Complaint attached hereto as Exhibit A. In requesting this, Plaintiffs agree, acknowledge and understand that Defendants deny the allegations made against them in the attached amended complaint and that Defendants reserve all rights, defenses, objections,

2

challenges and the like that may be raised or otherwise directed toward said amended complaint.

PDF created with pdfFactory trial version www.pdffactory.com

## II. STIPULATION

Accordingly, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs, GRETCHEN STITES-CUNNINGHAM, individually and as Guardian ad Litem for ASHLEY STITES, Defendants AQUA LEISURE INDUSTRIES, INC., WAL-MART STORES, INC., and THE UNITED STATES OF AMERICA hereby agree, pursuant to all conditions set forth herein, to permit Plaintiffs to file the [Proposed] Amended Complaint submitted herewith as Exhibit A.  The parties further agree, acknowledge and understand that in so stipulating Defendants reserve all rights, defenses, and objections that may be raised or otherwise directed toward said amended complaint. Plaintiffs further agree, acknowledge, and understand that they will not use this stipulation for any purpose in this litigation other than to seek this Court's approval for filing of the [Proposed] Amended Complaint, Exhibit A.

**IT IS SO STIPULATED**:

DATED: April 10, 2009          LEWIS BRISBOIS BISGAARD & SMITH LLC

By: /S/ BRUCE L. SHAFFER
Attorneys for Defendants
AQUA LEISURE INDUSTRIES, INC.
and WAL-MART STORES, INC.

DATED:  April 10, 2009          U.S. ATTORNEY'S OFFICE

By: /S/ KELLI L. TAYLOR
Attorneys for Third Party Defendant
UNITED STATES OF AMERICA

DATED:  April 10, 2009          HALKIDES, MORGAN & KELLEY

BY: /S/ G. DENNIS HALKIDES
G. DENNIS HALKIDES
Attorney for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good Cause Appearing and Pursuant to the parties' stipulation under Federal Rules of Civil Procedure, Rule 15(a)(2), this Court hereby grants Plaintiffs permission to file the [Proposed] Amended Complaint, attached hereto as Exhibit A, subject to the parties' express conditions set forth in the stipulation including that it is without prejudice or effect to all rights and privileges Defendants have to raise defenses, objections, challenges, etc. in response thereto.

IT IS SO ORDERED:

DATED: April 10, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com