| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>Bruce L. Shaffer, SBN 062730 |
| 2 | E-mail: shaffer@lbbslaw.com<br>Sean D. Richmond, SBN 210138 |
| 3 | E-mail: richmond@lbbslaw.com<br>2850 Gateway Oaks Drive, Suite 450 |
| 4 | Sacramento, California 95833<br>Telephone: (916) 564-5400 |
| 5 | Facsimile: (916) 564-5444 |
| 6 | Attorneys for Defendants/Third Party Plaintiffs<br>AQUA LEISURE INDUSTRIES, INC. and |
| 7 | WAL-MART STORES, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN STITES-CUNNINGHAM, Individually and as Guardian ad Litem for ASHLEY STITES, a minor,<br><br>    Plaintiff(s),<br><br>vs.<br><br>AQUA LEISURE INDUSTRIES, INC., et al.<br><br>    Defendant(s). | Case No.: 2:09-cv-00590-LLK-CMK<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Pretrial Conference: May 26, 2009 |
| AQUA LEISURE INDUSTRIES, INC., et al.<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.<br><br>    Third Party Defendants. | |

Third Party Plaintiff Wal-Mart Stores, Inc. ("Third Party Plaintiff"), and Third Party Defendant United States of America ("Third Party Defendant"), by and through their counsel of record, hereby enter into this Stipulation of Dismissal With Prejudice with reference to the following recitals:

A.  Third Party Plaintiff filed the instant Amended Third Party Complaint against Third



4830-5791-0019.1         -1-
**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41**



1 Party Defendant;

2     B. Third Party Plaintiff and Third Party Defendant have now entered into an
3 agreement pursuant to which the parties have agreed to dismiss this action with prejudice in
4 exchange for a waiver of costs.

5     Based on the foregoing, Third Party Plaintiff and Third Party Defendant stipulate and agree
6 as follows:

### STIPULATION

8     1. The operative Amended Third Party Complaint of Wal-Mart Stores, Inc., against
9 the United States of America in the above-captioned action is hereby dismissed only as to the
10 claims of Third Party Plaintiff Wal-Mart, with prejudice pursuant to Rule 41(c) of the Federal
11 Rules of Civil Procedure. This stipulation does not impact the claims of Third Party Plaintiff
12 Aqua Leisure Industries, Inc., against Third Party Defendant the United States, which remain
13 ongoing.

14     2. Each party shall bear their own fees and costs as to each other in this adversary
15     proceeding.

16 **IT IS AGREED.**

DATED: May 19, 2009    LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Sean D. Richmond
Sean D. Richmond
Attorneys for Defendants/Third Party Plaintiffs
AQUA LEISURE INDUSTRIES, INC. and
WAL-MART STORES, INC.

DATED: May 19, 2009    LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Kelli L. Taylor
Kelli L. Taylor
Assistant United States Attorney

## ORDER

The parties having stipulated and good cause appearing,

IT IS ORDERED that Third Party Plaintiff Wal-Mart Stores, Inc.'s, Third Party Complaint against Third Party Defendant United States of America, be and hereby is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 20, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

