LAWRENCE G. BROWN
Acting United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for The United States of America

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN STITES-CUNNINGHAM, Individually and as Guardian ad Litem for ASHLEY STITES, a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>AQUA LEISURE INDUSTRIES, INC. and WAL-MART STORES, INC., THE UNITED STATES OF AMERICA, and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No. 2:09-cv-00590 LKK CMK<br><br>STIPULATION FOR THE DISMISSAL OF GRETCHEN STITES-CUNNINGHAM, INDIVIDUALLY<br><br><br>Action Removed:   March 3, 2009<br>Trial Date     :   January 25, 2011 |

COMES NOW PLAINTIFF GRETCHEN STITES-CUNNINGHAM and DEFENDANTS AQUA LEISURE INDUSTRIES, INC., WAL-MART STORES, INC. and THE UNITED STATES OF AMERICA and hereby stipulate to the dismissal of Plaintiff Gretchen Stites-Cuningjam in her individual capacity.  This stipulated dismissal does not affect the claims by Plaintiff Gretchen Stites-Cuningham in her capacity as Guardian ad Litem for Ashley Stites, a minor.  This dismissal is meant to correct a ministerial mistake in the pleadings and does not create a "prevailing party" nor trigger an obligation for taxable costs, but to that end, costs are waived by all parties.

1  IT IS SO STIPULATED.

2

3  DATED: June 3, 2009          By:    /s/ G. Dennis Halkides
                                       G. DENNIS HALKIDES
4                                      HALKIDES, MORGAN & KELLEY
                                       Attorneys for the PLAINTIFFS
5

6  DATED: June 3, 2009                 LAWRENCE G. BROWN
                                       Acting United States Attorney
7

8                                By:   /s/ Kelli L. Taylor
                                       KELLI L. TAYLOR
9                                      Assistant U.S. Attorney
                                       Attorneys for the United States
10

11 DATED: June 3, 2009          By:    /s/ Bruce L. Shaffer
                                       BRUCE L. SHAFFER
12                                     LEWIS BRISBOIS BISGAARD & SMITH
                                       Attorneys for Wal-Mart Stores, Inc., and Aqua
13                                     Leisure industries, Inc.

14

15                              **ORDER**

16      Good cause appearing, the Court hereby grants the stipulated dismissal of Plaintiff

17 Gretchen Stites-Cunningham in her individual capacity.  The court acknowledges that this

18 dismissal does not affect the claims by Plaintiff Gretchen Stites-Cuningham in her capacity as

19 Guardian ad Litem for Ashley Stites, a minor.

20

21 DATED: June 4, 2009

22                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
23                                     UNITED STATES DISTRICT COURT

24

25 G:\DOCS\Orders For Docketing\LKK\Stip Dismissal of Mom Individually.wpd

26

27

28