UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRETCHEN STITES-CUNNINGHAM,
individually and as Guardian
ad Litem for ASHLEY STITES,
a minor,

        NO. CIV. S-09-590 LKK/DAD

    Plaintiffs,

  v.

AQUA LEISURE INDUSTRIES, INC.,
WAL-MART STORES, INC., THE
UNITED STATES OF AMERICA,
and DOES 1-50,        O R D E R

    Defendants.
_____/
AND RELATED CROSS-ACTIONS
_____/

    This court held a scheduling conference in the above-captioned case on May 26, 2009. Subsequent to that conference, the court issued a pretrial scheduling order on May 28, 2009, Doc. No. 25. Pending are two matters relating to that order.

    The parties have submitted a stipulation to modify the dates for exchange of expert witness disclosures. The parties seek to

1

exchange Fed. R. Civ. P. 26(a)(1) disclosures on June 30, 2009. Because the scheduling order does not address this exchange, approval of this stipulation does not require a modification of the scheduling order, and is granted. The parties also stipulate to modification of the date for exchange of expert reports under Rule 26(a)(2), from April 11, 2010 (i.e., 45 days prior to May 26, 2010) to March 1, 2010. Because this stipulation is a prompt attempt to correct the scheduling order, the court grants this stipulation. The parties also stipulate to an increase in the number of interrogatories that will be permitted, such that each party may issue 100 interrogatories, including sub-parts.

Defendant United States of America also objects to the scheduling order's statement that jurisdiction is undisputed. The United States correctly observes that its filings in this matter have consistently disputed the existence of subject matter jurisdiction over claims against the United States. Thus, this court's statement that jurisdiction is not disputed was in error.

**CONCLUSION**

For the reasons stated above, the scheduling order is AMENDED as follows:

1. Rule 26(a)(2) expert reports shall be exchanged no later than March 1, 2010, with exchange and/or rebuttal reports exchanged no later than April 1, 2010. Pursuant to the parties' stipulation, supplemental reports may only be produced by experts originally designated. Rebuttal reports may be produced by previously named or unnamed

        experts but can be used only to directly rebut the opinions of another parties' previously identified expert.

2. The limit on the number of interrogatories each party may issue is increased to 100.

3. Subject matter jurisdiction as to claims against the United States is disputed.

IT IS SO ORDERED.

DATED: June 4, 2009.

        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT