BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for The United States of America

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| GRETCHEN STITES-CUNNINGHAM, Individually and as Guardian ad Litem for ASHLEY STITES, a Minor, <br><br> Plaintiffs, <br><br> vs. <br><br> AQUA LEISURE INDUSTRIES, INC. and WAL-MART STORES, INC., THE UNITED STATES OF AMERICA, and DOES 1-50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS. | Case No. 2:09-cv-00590 LKK CMK <br><br> STIPULATION TO EXTEND EXPERT DISCLOSURES FROM MARCH 1ST UNTIL APRIL 1ST AND RULING ON THE PENDING MOTIONS <br><br> Action Removed:  March 3, 2009 <br> Trial Date    :  January 25, 2011 |
|---|---|

COMES NOW PLAINTIFF GRETCHEN STITES-CUNNINGHAM, DEFENDANT WAL-MART STORES, INC., DEFENDANT and CROSS COMPLAINANT AQUA LEISURE INDUSTRIES, INC., and DEFENDANT AND CROSS-DEFENDANT THE UNITED STATES OF AMERICA and hereby STIPULATE to extend the expert witness disclosure deadline from March 1, 2010 until April 1, 2010 and for rebuttal reports from April 1, 2010 until April 15, 2010.

Good cause exists for this brief extension of time based on the fact that the United States has settled this case with Plaintiff contingent upon this Court's approval of a pending Motion for Good Faith Settlement Determination. The United States' Motion is scheduled for hearing on March 8, 2010. Also scheduled for hearing on March 8, 2010 is Plaintiff's Motion

STIPULATION RE: EXPERT DISCLOSURES

for Approval of a Petition for Minor's Compromise and a Motion to Remand the case to state court. If these motions are granted, it is anticipated that the case will be remanded to state court, thereby eliminating the need for Rule 26(a)(2)(B) expert disclosures. The parties would like to avoid the continued extensive expense associated with expert reports that may not be needed in this case. The parties hope that this continuance will allow sufficient time to receive a ruling on the pending motions.

The parties previously requested a change to the original scheduling order to allow for more than 45 days for the completion of expert discovery. That stipulated change was approved and the schedule amended on June 5, 2009. No other changes to this Court's Scheduling Orders have been requested. This stipulation does not affect any of the other dates or requirements in the Court's scheduling order including, without limitation, the May 26, 2010 discovery cutoff, the July 26, 2010 deadline for hearing dispositive motions, the October 25, 2010 pre-trial conference and the January 25, 2011 trial.

Except as expressly stated herein, this stipulation does not augment, impact, change or otherwise affect the Court's prior scheduling orders or the Federal Rules of Civil Procedure that govern this action.

IT IS SO STIPULATED.

DATED: February 11, 2010        By:    */s/ G. Dennis Halkides*
                                       G. DENNIS HALKIDES
                                       HALKIDES, MORGAN & KELLEY
                                       Attorneys for the PLAINTIFFS

DATED: February 11, 2010               BENJAMIN B. WAGNER
                                       Acting United States Attorney

                                By:    */s/ Kelli L. Taylor*
                                       KELLI L. TAYLOR
                                       Assistant U.S. Attorney
                                       Attorneys for the United States

DATED: February 11, 2010        By:    */s/ Bruce L. Shaffer*
                                       BRUCE L. SHAFFER
                                       LEWIS BRISBOIS BISGAARD & SMITH
                                       Attorneys for Wal-Mart Stores, Inc., and Aqua
                                       Leisure Industries, Inc.

///

///

STIPULATION RE: EXPERT DISCLOSURES

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the parties' stipulation, and good cause otherwise appearing, this Court hereby |
| 3 | GRANTS the requested change in the scheduling order so that the deadline for expert witness |
| 4 | disclosures is continued from March 1, 2010 until April 1, 2010 and the deadline for rebuttal |
| 5 | reports is continued from April 1, 2010 until April 15, 2010. This stipulation does not affect |
| 6 | any of the other dates or requirements in the Court's scheduling order including, without |
| 7 | limitation, the May 26, 2010 discovery cutoff, the July 26, 2010 deadline for hearing dispositive |
| 8 | motions, the October 25, 2010 pre-trial conference and the January 25, 2011 trial. Except as |
| 9 | expressly stated herein, this stipulation does not augment, impact, change or otherwise affect |
| 10 | the Court's prior scheduling orders or the Federal Rules of Civil Procedure that govern this |
| 11 | action. |
| 12 | IT IS SO ORDERED |
| 13 | |
| 14 | Dated: February 22, 2010 |
| 15 | LAWRENCE K. KARLTON |
| 16 | SENIOR JUDGE<br>UNITED STATES DISTRICT COURT |
| 17 | |
| 18 | G:\DOCS\Orders For Docketing\LKK\Stip re Expert Issues and MGFSD.wpd |

STIPULATION RE: EXPERT DISCLOSURES